IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 0 6 2001


NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Chris J. Conanan, *et al.*,

    Plaintiffs,

v.  Civil Action No. 00-CV-3091 (ESH)

Donna Tanoue, Chairman,
  Federal Deposit Insurance
  Corporation,

    Defendant.

## ORDER

Upon consideration of the Plaintiffs' Motion for Class Certification and the entire record herein, it is this ___6___ day of April 2001 hereby

ORDERED that, pursuant to Rule 23 (b)(2), Federal Rules of Civil Procedure, the Plaintiffs' Motion for Class Certification is granted and it is hereby further

ORDERED that the plaintiff class shall consist of:

All African-Americans employed by the Federal Deposit Insurance Corporation (FDIC) in any capacity (whether permanent, temporary, or term appointments - including all General/Corporate Grade, Liquidation Grade and Wage Grade/Prevailing Rate employees, but excluding any persons to the extent that their employment at the FDIC is or was solely in the capacity of student intern) at any time from May 13, 1992 until March 31, 2001.

This preliminary certification is for the limited purpose of determining whether the settlement is fair and reasonable to the class pursuant to Rule 23 (e) of the Federal



13

Rules of Civil Procedure and shall not bind the defendant in the event the settlement is not approved pursuant to Rule 23 (e), or in the event that the defendant exercises its option to withdraw from the settlement due to excessive opt-outs. It is hereby further

ORDERED that within 30 days the defendant shall furnish to the plaintiffs a listing of addresses of African-Americans currently employed by the FDIC and the last known addresses of African-Americans who were employed by the FDIC at any time within the class period, and it is further

ORDERED that counsel for the plaintiff class are hereby directed to issue notice of this action and of the Court's decision to preliminarily certify this case as a class action to members of the plaintiff class and to advise them of their right to opt-out of the plaintiff class, and it is further

ORDERED that the parties shall confer on the substance of a notice to be issued to members of the plaintiff class and of the date by which the right to opt-out shall be exercised. The parties shall submit a proposed notice to the Court within 45 days.

_Ellen S Huvelle_
Ellen Segal Huvelle
United States District Judge

Copies to:

Avis E. Buchanan, Esq.
The Washington Lawyers' Committee
 for Civil Rights and Urban Affairs
Suite 400
11 Dupont Circle, N.W.
Washington, D.C. 20036

Joseph M. Sellers, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005

Thomas J. Sarisky
Federal Deposit Insurance Corporation
801 17th Street, N.W.
Room H-11048
Washington, D.C. 20434-0001