IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 6 2001

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|                                          |       |                                      |
| ---------------------------------------- | ----- | ------------------------------------ |
| Chris J. Conanan, et al.,                | )     |                                      |
|                                          | )     |                                      |
| Plaintiffs,                              | )     |                                      |
|                                          | )     |                                      |
| v.                                       | )     | Civil Action No. 00-CV-3091 (ESH)    |
|                                          | )     |                                      |
| Donna Tanoue, Chairperson,               | )     |                                      |
| Federal Deposit Insurance                | )     |                                      |
| Corporation,                             | )     |                                      |
|                                          | )     |                                      |
| Defendant.                               | )     |                                      |

[~~PROPOSED~~] ORDER

Before the Court is the parties' Joint Motion for Preliminary Approval of Consent Decree

and Memorandum in Support thereof.  The Court has reviewed the Joint Motion, the

Memorandum, and the Consent Decree and its attached exhibits, and it is hereby

ORDERED that the Consent Decree is preliminarily approved as fair and reasonable to

the class as a whole; and it is hereby further

ORDERED that the notice provisions of the Consent Decree are approved by this Court

as being sufficient to provide the notice to the members of the plaintiff class required by Rule

23(e) of the Federal Rules of Civil Procedure; and it is hereby further

ORDERED that the Notice of the Pendency of Class Action and Proposed Consent

Decree be issued to class members in conformity with the provisions of Section VI of the

Consent Decree; and it is hereby further





ORDERED that such other provisions for notice to class members and other interested

persons, including the Notice of Fairness Hearing, be issued in conformity with the provisions of

Section VI of the Consent Decree; and it is hereby further

ORDERED that the following schedule be adopted:

| | |
|---|---|
| May 4, 2001 | Submission of preliminary approval materials |
| May 16, 2001 | Preliminary Approval Hearing |
| May 30, 2001 | Mail Notice of Pendency of Class Action and Proposed Consent Decree, Claim Form, and Notice of Monetary Distribution Formula Under Proposed Consent Decree to former FDIC employees who are Class Members |
| May 30, 2001 | E-mail Notice of Pendency of Class Action and Proposed Consent Decree, Claim Form, and Notice of Monetary Distribution Formula Under Proposed Consent Decree to current FDIC employees |
| July 16, 2001 | Deadline for return of all Claim Forms and "opt out" statements |
| August 31, 2001 | Disseminate Notice of Individual Monetary Award Under Proposed Consent Decree and Notice of Fairness Hearing |
| October 15, 2001 | Deadline for filing comments or objections, and appearances at Fairness Hearing |
| November 14, 2001 | Submission of materials in support of Consent Decree |
| | Fairness Hearing |

*[Handwritten annotations:]*
*Prior to June 29*
*A ½ day meeting will be held in D.C. and another one will be held in virginia for any class member who wishes to attend*
*November 26 - 27, 2001*
*@ 9:30 a.m.*

_____5/16/01_____
Date

*Ellen S Huvelle [signature]*
Ellen Segal Huvelle
United States District Judge

2

# CERTIFICATE OF SERVICE LIST

Joseph M. Sellers, Esq.
Suzette M. Malveaux, Esq.
COHEN, MILSTEIN, HAUSFELD &
    TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20005
Office: (202) 408-4600

Avis E. Buchanan, Esq.
WASHINGTON LAWYERS' COMMITTEE FOR
    CIVIL RIGHTS & &URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, D.C.  20036
Office: (202) 319-1000

**Counsel for Plaintiff Class**

Thomas J. Sarisky, Counsel
Lisa M. Villarreal, Esq.
FEDERAL DEPOSIT INSURANCE CORPORATION
801 17th Street, NW.
Room H-11048
Washington, D.C.  20434-0001
Office: (202) 736-0133

**Counsel for Defendant**

Jerry Sussman, Intervenor, Pro Se
5730 Reading Avenue, Apt. 171
Alexandria, Virginia  22311
Home:  (703) 578-0365
Office: (202) 898-3827

Nicholas J. Burgess, Intervenor, Pro Se
4227 34th Street
Mt. Rainier, Maryland 20712
Home:  (301) 927-7876
Office:  (202) 898-6958

**Intervenors, Pro Se**