UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS J. CONANAN, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 00-3091 |
| | : (ESH) |
| DONNA TANOUE, in her capacity as CHAIRMAN, FEDERAL DEPOSIT INSURANCE CORPORATION, | : |
| Defendant. | : |

FILED
NOV 26 2001
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Before the Court is the Plaintiffs' Motion for Final Approval of the Consent Decree and Class Certification [52-1]. There being only limited opposition by class members, and a fairness hearing having been held in this case on November 26, 2001, it is hereby

**ORDERED** that Plaintiffs' Motion be and hereby is **GRANTED**; and it is hereby

**FURTHER ORDERED** that the Court finds, for the reasons stated in open court, that the proposed Consent Decree is fair, adequate and reasonable to the class as a whole, and it is hereby

**FURTHER ORDERED** that the oral findings of fact and conclusions of law are hereby incorporated by reference herein; and it is hereby

**FURTHER ORDERED** that the class of All African-Americans employed by the Federal Deposit Insurance Corporation (FDIC) in any capacity (whether permanent, temporary, or term appointments, including all General/Corporate Grade, Liquidation Grade and Wage Grade/Prevailing Rate employees, but excluding any persons to the extent that their employment



56

at the FDIC is or was solely in the capacity of student intern) at any time from May 13, 1992 until March 31, 2001 be certified under Rule 23(b)(2) of the Federal Rules of Civil Procedure, or in the alternative under Rule 23(b)(2) and (b)(3).

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: 11/26/01