IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 0 3 2002

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Chris J. Conanan, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 00-CV-3091 (ESH) |
| ) | |
| Donna Tanoue, Chairperson, ) | |
| Federal Deposit Insurance ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |

**ORDER REGARDING APPROVAL OF FINAL DISTRIBUTION OF
SETTLEMENT PROCEEDS PURSUANT TO CONSENT DECREE**

Upon consideration of the Unopposed Motion for Approval of Final Distribution of Settlement Proceeds Pursuant to Consent Decree, IT IS HEREBY ORDERED THAT:

1. The Unopposed Motion for Approval of Final Distribution of Settlement Proceeds Pursuant to Consent Decree is GRANTED; and

2. The final settlement proceeds be distributed as follows: $2,569.16 to the two class members identified in the Unopposed Motion for Approval of Final Distribution of Settlement Proceeds Pursuant to Consent Decree; and the balance to Settlement Services, Inc. to defray outstanding and future costs associated with administering the settlement.

Date: 12/2/02

Ellen S. Huvelle
The Honorable Judge Ellen S. Huvelle
United States District Court
for the District of Columbia

